**The order below is signed with the clarification that the lifting of the stay does not extend to pursuing the debt under the Agreement as an in personam obligation of the debtor: the intent is to lift the stay to permit steps to enforce the lien against the vehicle, with any deficiency to be collected (so long as the stay is in place) via the creditor's right to pursue collection within the bankruptcy case.**

**Dated: May 13, 2015.**



_____
S. Martin Teel, Jr.
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: | : |
| | : |
| BRIAN KENNETH GLOVER | : Case No.: 15-00144 |
| | : (Chapter 13) |
| Debtor | : |

ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon consideration of the Motion for Relief From Automatic Stay filed by Wells Fargo Bank, N.A. t/a Wells Fargo Dealer Services ("Wells Fargo"), and good cause for the relief requested having been shown, it is hereby

ORDERED, that the automatic stay imposed under 11 U.S.C. Section 362(a) be, and hereby is, modified so as to permit Wells Fargo to repossess and dispose of the debtor's 2010 Nissan Maxima, S.N. 1N4AA5AP5AC846558 and Wells Fargo is hereby permitted to enforce its rights under its Agreement and dispose of the aforesaid vehicle.

copies to:

Merrill Cohen
2600 Tower Oaks Boulevard
Suite 103
Rockville, MD 20852

Brian K. Glover
738 Longfellow Street, NW, Apt. 115
Washington, D.C. 20011

Kevin D. Judd, Esq.
601 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004

Cynthia Niklas, Trustee
4545 42nd Street, N.W., Suite 211
Washington, D.C. 20016

**END OF ORDER**