The order below is hereby signed.

Signed: November 18 2015



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| BRIAN KENNETH GLOVER | * | CASE NO.: 15-0-0144-SMT |
|  |  | (Chapter 13) |
| Debtor | * | |
| * * * * * * * | * | |
| CREDIT ACCEPTANCE CORP. | * | |
| Movant | * | |
| v. | * | |
| BRIAN KENNETH GLOVER | * | |
| Respondent | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion Seeking Relief from Automatic Stay and to Reclaim Property filed by Credit Acceptance Corp., with regard to the vehicle subject to its perfected security interest, namely, one 2006 Honda Civic,

1

serial number JHMFA36246S027280, and upon consideration of any opposition filed to said Motion, it is, by the United States Bankruptcy Court for the District of Columbia, ORDERED:

    1.  That the automatic stay be, and it hereby is, terminated to allow Credit Acceptance Corp. to repossess and to sell the above-described vehicle; and

    2.  That Credit Acceptance Corp. shall pay any surplus proceeds arising from the sale of the vehicle to the Debtor, Brian Kenneth Glover.

DATED: _____         _____
                                       S. MARTIN TEEL, JR.
                                       UNITED STATES BANKRUPTCY JUDGE

cc:  Michael J. Klima, Jr., Esquire
     810 Glen Eagles Ct, Ste 312
     Baltimore, MD 21286-2237

     Brian Kenneth Glover
     738 Longfellow St., NW
     Apt. 115
     Washington, DC  20011

     Kevin D. Judd, Esquire
     601 Pennsylvania Avenue, NW
     Suite 900 - South Building
     Washington, DC 20004

     Cynthia A. Niklas, Esquire
     Chapter 13 Trustee
     4545 42nd Street, NW
     Suite 211
     Washington, DC 20016

**End of Order**